AO 442 (Rev 11/11) Arrest Warrant

FILED ___ LODGED
___ RECEIVED
Oct 03, 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Jimmy Zavala, Jr.<br>_Defendant_ | Case No. CR-19-00782-PHX-SPL<br><br>**SEALED** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Jimmy Zavala, Jr.                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:924(a)(1)(A) - False Statement in Connection with Acquisition of a Firearm

Count 2 - 18:922(a)(9) and 924(a)(1)(D) - Receipt of a Firearm by a Person Who Does Not Reside in Any State


Date:     07/03/2019                              _____
                                                                       _Issuing officer's signature_

City and state:     Phoenix, Arizona                  S. Quinones, Deputy Clerk
                                                                       _Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____                     _____
                                                                   _Arresting officer's signature_

                                                                   _____
                                                                   _Printed name and title_

WD/WA #MJ19-5197

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona



| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-19-00782-PHX-SPL |
| Jimmy Zavala, Jr. | ) | SEALED |
| Defendant | ) | |

FILED ____ LODGED ____
____ RECEIVED
OCT 03 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jimmy Zavala, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18:924(a)(1)(A) - False Statement in Connection with Acquisition of a Firearm

Count 2 - 18:922(a)(9) and 924(a)(1)(D) - Receipt of a Firearm by a Person Who Does Not Reside in Any State

Date: 07/03/2019

_____
Issuing officer's signature

City and state: Phoenix, Arizona

S. Quinones, Deputy Clerk
Printed name and title

---

### Return

This warrant was received on *(date)* 7/3/19 , and the person was arrested on *(date)* 10/3/19
at *(city and state)* Lewis County Jail .

Date: 10/3/19

_____
Arresting officer's signature

M. Lohman   DUSM
Printed name and title

```
___ FILED      ___ LODGED
___ RECEIVED   _✓_ COPY

      JUL 0 2 2019

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00782-PHX-SPL (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: |
| Jimmy Zavala, Jr., | 18 U.S.C. § 924(a)(1)(A) (False Statement in Connection with Acquisition of a Firearm) **Count 1** |
| Defendant. | 18 U.S.C. § 922(a)(9) and 924(a)(1)(D) (Receipt of a Firearm by a Person Who Does Not Reside in Any State) **Count 2** |
| | 18 U.S.C. §§ 924 (d) and 981, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about February 13, 2017, in the District of Arizona, JIMMY ZAVALA JR., knowingly made a false statement and representation to *USA Pawn and Jewelry*, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required to be kept in records of *USA Pawn and Jewelry*, in that JIMMY ZAVALA JR., did execute a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating that his current residence

1  was 830 S. 8th Ave., Yuma, Arizona 85364, whereas in truth and fact, JIMMY ZAVALA
2  JR. knew that he resided at a different address in Mexico.
3      In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 2

5      On or about April 21, 2016, in the District of Arizona, defendant, JIMMY ZAVALA
6  JR., not being a licensed importer, manufacturer, dealer, and collector of firearms, within
7  the meaning of Chapter 44, Title 18, United States Code, did willfully receive a firearm,
8  that is, a Smith & Wesson 9mm pistol, serial number FWJ8824, from *Sprague's Sports*, a
9  business licensed under the provisions of Chapter 44 of Title 18, United States Code, and
10 at that time, did not reside in any State of the United States, and in fact lived in Mexico.
11     In violation of Title 18, United States Code, Sections 922(a)(9) and 924(a)(1)(D).

### FORFEITURE ALLEGATION

14     The Grand Jury realleges and incorporates the allegations of Counts One and Two
15 of this Indictment, which are incorporated by reference as though fully set forth herein.
16     Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United
17 States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon
18 conviction of one or more of the offenses alleged in Count One and Two of this Indictment,
19 the defendant shall forfeit to the United States of America all right, title, and interest in (a)
20 any property constituting, or derived from, any proceeds the persons obtained, directly or
21 indirectly, as the result of the offense, and (b) any of the defendants' property used, or
22 intended to be used, in any manner or part, to commit, or to facilitate the commission of
23 such offense.
24     If any of the above-described forfeitable property, as a result of any act or omission
25 of the defendant:
26     (1) cannot be located upon the exercise of due diligence,
27     (2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21 United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: July 2, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/S/
BRETT A. DAY
Assistant U.S. Attorney

I hereby attest and certify on 7/3/19 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By: _____ Deputy